J. Michael McMahon, CLERK